E-FILED
Friday, 13 May, 2005  08:52:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 94-40004 |
| | ) |
| EMMITT GRANDAO, JR., | ) |
| | ) |
| Defendant. | ) |

**PAYMENT AGREEMENT**

    I, EMMITT GRANADO, JR., agree to pay $50.00 a month until paid in full on the judgment in the amount of $100,000 plus 5.67% interest.  If I complete this agreement, the United States will give me a Release and Satisfaction of Judgment.  If I miss more than one month payments, this agreement will be void and the balance of the debt becomes immediately due and payable.  I also agree to provide financial information when requested, and I understand that the United States will modify this payment schedule to increase payments if financial circumstances change significantly.

    **Payments are to begin June 15, 2005**, and on the 15th day of each month thereafter until paid in full.  Payments should be made payable to the **Clerk, U.S. District Court and**  mailed to the address shown on the automated statement, along with the payment coupon,  which will be provided by the U.S. Department of Justice.

    I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

    This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

DATE: May 12, 2005                          s/ Emmitt Granado, Jr.
                                                  GEORGE W. KAUFMAN, Defendant

DATE: May 12, 2005                          s/ Elizabeth L. Collins
                                                  Elizabeth L. Collins, Bar # 487864
                                                  Attorney for Plaintiff
                                                  United States Attorney's Office
                                                  318 S. 6th Street
                                                  Springfield, Illinois 62701
                                                  Tel: 217-492-44560
                                                  Fax: 217-492-4888
                                                  E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **PAYMENT AGREEMENT** was mailed to following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Emmitt Granado, Jr.
        424 8th Street
        Moline, Illinois 61265

May 13, 2005

        s/ Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Beth.Collins@usdoj.gov